United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 9, 2005**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 01-60301

AETNA CASUALTY & SURETY COMPANY,

Plaintiff-Counter   Defendant -Appellee,

versus

DANIEL MEYERS; ET AL,

Defendants,

DANIEL MEYERS,

Defendant-Counter Claimant-Appellant.

Appeals from the United States District Court
for the Southern District of Mississippi
No. 1:97-CV-403-GR

Before GARWOOD, JONES, and STEWART, Circuit Judges:

PER CURIAM:[*]

    There being no reversible error, the judgment of the district court is AFFIRMED. See 5TH

CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.